UNITED STATES, Plaintiff–Appellee,

v.

UNIVERSAL FRUITS AND VEGETA-
BLES CORPORATION, David Pai
(also known as Shin Wei Pai), and
Jason Pai (also known as Chung
Sheng Pai), Defendants–Appellants.

No. 2007–1395.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2008.

Sean B. McNamara, Trial Attorney,
Commercial Litigation Branch, Civil Divi-
sion, United States Department of Justice,
of Washington, DC, argued for plaintiff-
appellee. With him on the brief were
Jeanne E. Davidson, Director, and Alan J.
Lo Re, Senior Trial Counsel. Of counsel
were Carollyn D. Jackson and Lesleyanne
Koch Kessler, Office of Chief Counsel,
United States Customs and Border Protec-
tion, of Washington, DC.

John M. Peterson, Neville Peterson
LLP, of New York, New York, argued for
defendants-appellants. With him on the
brief was Curtis W. Knauss.

Before RADER, and LINN, Circuit
Judges, and WOLLE, Senior District
Judge.*

---

* Honorable Charles R. Wolle, Senior District
Judge, United States District Court for the
Southern District of Iowa, sitting by designa-
tion.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.